# United States District Court

### WESTERN DISTRICT OF WASHINGTON

JUDGMENT IN A CIVIL CASE

RICHARD TYLER FRAZER,

v.

CASE NUMBER: C08-5172 RBL

UNITED STATES OF AMERICA, et al.,

[ √ ]  **Decision by Court.**  This action came under consideration before the Court.  The issues have been considered and a decision has been rendered.


IT IS ORDERED AND ADJUDGED

Defendants' Motion to Dismiss for lack of subject matter jurisdiction is GRANTED. Plaintiff's Motion for Summary Judgment is DENIED.  All other pending motions are DENIED as moot.  Plaintiff's complaint is DISMISSED.


*DATED : September 9, 2008*

                                                  BRUCE  RIFKIN
                                                *Clerk*


                                                 /s/   Jean Boring
                                             *(By) Deputy Clerk*, Jean Boring