HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RICHARD TYLER FRAZER,

    Plaintiff,

v.

UNITED STATES OF AMERICA, et al,

    Defendants.

Case No. C08-5172RBL

ORDER

THIS MATTER comes on before the above-entitled Court upon Plaintiff's Motion for an Extension of Time to Complete Discovery [Dkt. #41] and Motion to Quash [Dkt. #42]. Having considered the entirety of the records and file herein, the Court finds and rules as follows:

On September 3, 2008 this Court entered an Order denying Plaintiff's Motion for Summary Judgment and granting Defendant's Motion to Dismiss for lack of subject matter jurisdiction [Dkt. #39]. On September 5, 2008 plaintiff filed the instant motions. The filing of the Court's Order dismissing this case renders Plaintiff's motions **MOOT**, and they are hereby **STRICKEN** from the Court's motions calendar.

ORDER
Page - 1

**IT IS SO ORDERED.**

The Clerk shall send uncertified copies of this order to all counsel of record, and to any party appearing pro se.

Dated this 30th day of September, 2008.

_/s/ Ronald B. Leighton_
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE